# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF INDIANA

| | |
|---|---|
| ROOSEVELT BRADLEY,<br><br>Plaintiff,<br><br>v.<br><br>CAFÉ FONTE COFFEE COMPANY,<br><br>Defendant. | Case No. 2:24-cv-00154-GSL-AZ |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Plaintiff, ROOSEVELT BRADLEY, and Defendant, CAFÉ FONTE COFFEE COMPANY, by and through their undersigned counsel, hereby stipulate that:

1. This action shall be DISMISSED, with prejudice, as between all parties;

2. Each party shall bear their own costs and fees, including attorneys' fees, incurred in connection with this action, and;

3. No party hereto is an infant or incompetent.

Dated: October 31, 2024

| | |
|---|---|
| NYE, STIRLING, HALE, MILLER & SWEET, LLP | O'HAGAN MEYER LLC |
| By: _/s/ Benjamin J. Sweet_<br>Benjamin J. Sweet (PA Bar No. 87338)<br>101 Pennsylvania Blvd., Suite 2<br>Pittsburgh, Pennsylvania 15228<br>Tel: (412) 857-5350<br>ben@nshmlaw.com | By: _/s/ Brian M. Martinez_<br>Brian M. Martinez (State Bar No. 35034-45)<br>One East Wacker Drive, Suite 3400<br>Chicago, Illinois 60601<br>Tel: (312) 422-6100<br>bmartinez@ohaganmeyer.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, Benjamin J. Sweet, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 31st day of October, 2024.

                                        */s/ Benjamin J. Sweet*
                                        Benjamin J. Sweet